■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTOINE EDWARDS, Appellant. [825 NYS2d 652]—Motion for writ

of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Gorski and Smith, JJ.